◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN ST. JUSTE, Appellant. [919 NYS2d 888]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered June 4, 2009, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was deprived of a fair trial by certain comments made by the prosecutor during summation is unpreserved for appellate review, as he failed to object to the comments (*see* CPL 470.05 [2]; *People v Amico*, 78 AD3d 1190 [2010]; *People v Torres*, 71 AD3d 1063 [2010]). In any event, to the extent that any of the challenged remarks were improper, they did not deprive the defendant of a fair trial (*see People v Rayford*, 80 AD3d 780 [2011]; *People v Cruz*, 79 AD3d 1145 [2010]; *People v Rudd*, 62 AD3d 729 [2009]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80, 83 [1982]).

The defendant's remaining contention is without merit. Mastro, J.P., Skelos, Balkin and Roman, JJ., concur.